## Exhibit A

## Elliott S. Flood

*Curriculum vitae*

**EXPERIENCE**

| | | |
|---|---|---|
| Aug. 2011 – Present | **CONSULTANT** Elliott S. Flood Company (*Austin, Texas*) | |
| 2004 – Aug. 2011 | **SENIOR VICE PRESIDENT of INTERNAL AUDIT** Texas Mutual Insurance Company (*Austin, Texas*) | |
| 1997 – 2004 | **VICE PRESIDENT of SPECIAL INVESTIGATIONS** Texas Mutual Insurance Company (*Austin, Texas*) | |
| 1986 – 1997 | **ATTORNEY** Law Offices of Elliott Flood (*Austin, Texas*) | |
| 1985 – 1986 | **ACCOUNTANT** Touche Ross & Co. (*Austin, Texas*) | |
| 1982 – 1983 | **ATTORNEY** Law Offices of Mike Hjalmarson (*Houston, Texas*) | |
| 1978 – 1981 | **ATTORNEY** Bonn, Anderson & Hartmann (*Phoenix, Arizona*) | |

**EDUCATION**

| | |
|---|---|
| 1984 – 1985 | **MASTER of PROFESSIONAL ACCOUNTING** University of Texas at Austin (*Austin, Texas*) |
| 1976 – 1979 | **JURIS DOCTOR** Arizona State University College of Law (*Tempe, Arizona*) |
| 1973 – 1976 | **BACHELOR of ARTS** Arizona State University (*Tempe, Arizona*) |

**PROFESSIONAL CERTIFICATIONS**

- Certified Public Accountant
- Certified Internal Auditor
- Certified Fraud Examiner